UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:09-CR-1552-3 |
| | § | |
| HUGO CESAR OCHOA | § | |

## ORDER DIRECTING NOTICE OF MOTION FOR FINAL JUDGMENT OF DEFAULT AND BOND FORFEITURE

TO DAVID J. BRADLEY, CLERK OF THE COURT, AGENT FOR THE OBLIGORS, HUGO CESAR OCHOA, DEFENDANT-OBLIGOR, AND JORGE HUMBERTO OCHOA, OWNER OF THE SECURITY DEPOSIT ON THE APPEARANCE BOND.

Pursuant to Fed. R. Crim. P. 46(f)(3), the United States has moved for a judgment of default on defendant's security bond in the amount of $ 100,000.00. The Court entered a declaration of forfeiture of the bail because the defendant failed to appear as ordered on January 28, 2011.

Pursuant to Rule 46(f)(3), the obligors have submitted to the jurisdiction of the Court and have irrevocably appointed the Clerk of the Court as their agent for service of any filings affecting its liability.

Accordingly, the Court:

**ORDERS** that the motion for judgment of default and this order shall be served on the Clerk of the Court. The Court further:

**ORDERS** that the Clerk of the Court mail, by certified mail, return receipt requested, copies of the Motion and this Order to the obligors, at their last known address:

(1) JORGE HUMBERTO OCHOA, P.O. Box 686, Garciasville, Texas 78547.

(Owner of the Appearance Bond Security Deposit.)

(2) HUGO CESAR OCHOA, 6335 E. Highway 83, Rio Grande City, Texas 78572; and Hugo Cesar Ochoa, U.S. Marshal # 78688-279, Nueces County East, P.O. Box 239, La Villa, Texas 78562.

If the obligors object to the entry of a default judgment for the amount on deposit in the registry of the Court, they shall appear by filing a response to the motion no later than twenty (20) days from date hereof showing cause why a final judgment of default on the appearance bond should not be entered.

SO ORDERED this 23rd day of April, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge